## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | ) | |
|---|---|---|
| ENSCO OFFSHORE COMPANY, | ) | Case No. 2:10-cv-01941-MLCF-JCW |
| | ) | |
| v. | ) | Section F |
| | ) | |
| SALAZAR, *et al*. | ) | Judge Feldman |
| | ) | |
| | ) | Magistrate 2 |
| | ) | Magistrate Wilkinson |
| | ) | |

## **FINAL JUDGMENT ON COUNT IV**

For the reasons stated in the Order & Reasons dated May 10, 2011 (Doc. No. 352), and pursuant to Rules 54(b), 56, and 58 of the Federal Rules of Civil Procedure, IT IS ORDERED AND ADJUDGED:

1. That judgment is entered in Plaintiffs' favor and against Defendants on Count IV of Plaintiffs' Second Amended Complaint (Doc. No. 185);

2. That it is declared that the Outer Continental Shelf Lands Act ("OCSLA"), 43 U.S.C. §§ 1331 *et seq*., together with the Administrative Procedure Act, establishes a non-discretionary duty on the Department of the Interior to act on OCSLA drilling permit applications within a reasonable time;

3. That it is further declared that Defendants have acted unlawfully by

1165310.1

unreasonably delaying action on each of the nine permit applications at issue in this case;[1]

4. That with respect to the two ATP Oil & Gas Corporation ("ATP") permit applications at issue that have already been approved, it is further declared that Defendants acted unlawfully by (i) unreasonably delaying and not acting on ATP's application regarding Mississippi Canyon Block 941, Well No. 4 (API # 608174115200) within thirty days as originally submitted on October 29, 2010; and by (ii) unreasonably delaying and not acting on ATP's application regarding Green Canyon Block 300, Well No. SS002 (API # 608114048301) within thirty days as resubmitted on December 2, 2010;

5. That Defendants are permanently enjoined, and pursuant to 5 U.S.C. § 706(1) compelled, to either approve or deny each of the six unapproved permit applications at issue in this case (*i.e.*, the first six applications listed in footnote 1 above) within 30 days of May 10, 2011, or, if any such application is not currently pending because it has been returned to the applicant, within 30 days of the next resubmission of such application;

6. That Defendants shall file a report with the Court not later that thirty days from May 10, 2011, on the status of each of the aforementioned six unapproved permit applications; and

7. There are additional claims presented by Plaintiffs against Defendants set forth in Count V of the Second Amended Complaint that have yet to be resolved in this case. Pursuant to

---

[1] The nine permit applications are identified on pages 2-4 of the Order and Reasons (Doc. No. 352) and are: Cobalt International Energy, L.P.'s ("Cobalt") application regarding Green Canyon Block 814, Well No. 1; Cobalt's application regarding Garden Banks Block 959, Well No. 1; Nexen Petroleum U.S.A., Inc.'s ("Nexen") application regarding Green Canyon Block 504, Well No. 1; Nexen's application to regarding Green Canyon Block 327, Well No. 1; Nexen's application regarding Green Canyon Block 872, Well No. 1; Nobel Energy, Inc.'s ("Nobel") application regarding Green Canyon Block 723 Well No. 1; Noble's application regarding Mississippi Canyon Block 519, Well No. 2 (API # 608114048301); ATP's application regarding Mississippi Canyon Block 941, Well No. 4 (API # 608174115200); and ATP's application regarding Green Canyon Block 300, Well No. SS002 (API # 608114048301).

1165310.1

Federal Rule of Civil Procedure 54(b), the Court specifically certifies that there is no just reason for delay of the entry of a final judgment as to Plaintiffs' claims under Count IV.  Count V involves issues independent of those presented in Count IV and seeks relief that is different from that sought in Count IV.  This judgment shall constitute a final judgment as to Count IV.  Upon the Court's resolution of Count V, the Court will issue a separate judgment with respect to that count and with respect to Counts I, II, III, and VI, which have been addressed in the Court's prior orders.

New Orleans, Louisiana, this __20th__ day of ___May___, 2011.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE