**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ENSCO OFFSHORE COMPANY,        ) | |
|           Plaintiff,                                  ) | Case No: 10-1941 |
|                                                           ) | |
|                     v.                                  ) | SECTION F |
| SALAZAR,                                        ) | |
|                                                           ) | JUDGE FELDMAN |
|           Defendant.                              ) | |
|                     and                               ) | MAGISTRATE WILKINSON |
|                                                           ) | |
| SIERRA CLUB, *et al*.,                    ) | |
|           Defendants-Intervenors.      ) | |

**DEFENDANTS-INTERVENORS' NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3(a), Notice is hereby given this 23d day of May, 2011, that Defendants-Intervenors Sierra Club, Florida Wildlife Federation, and Center for Biological Diversity, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order of this Court granting Plaintiffs' Motion for Summary Judgment on Count IV, entered in this action on May 10, 2011, and the Court's Judgment on Count IV entered in this action on May 20, 2011. [Docket Nos. 352 and 356].

1

Respectfully submitted this 23d day of May, 2011,

| s/ Adam Babich | s/ Monica K. Reimer |
|---|---|
| Adam Babich, La. Bar No. 27177 | Alisa A. Coe, La. Bar No. 27999 |
| Tulane Environmental Law Clinic | David G. Guest, Admitted pro hac vice |
| 6329 Freret Street | Fla. Bar No. 0267228 |
| New Orleans, LA 70118-6321 | Monica K. Reimer, Admitted pro hac vice |
| Ph: (504) 865-5789; direct dial 862-8800 | Fla. Bar No. 0090069 |
| Fax: (504) 862-8721 | Earthjustice |
| *Counsel for Sierra Club and Center For Biological Diversity* | P.O. Box 1329 |
| | Tallahassee, FL 32302-1329 |
| | Ph: (850) 681-0031  // Fax: (850) 681-0020 |
| | *Counsel for Sierra Club and Florida Wildlife Federation* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2011, I caused a copy of the foregoing to be served through the Court's CM/ECF system to all parties.

s/ Adam Babich