UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**F I L E D**
May 22, 2012
Lyle W. Cayce
Clerk

No. 11-30491

D.C. Docket No. 2:10-CV-1941

ENSCO OFFSHORE COMPANY; ATP OIL & GAS CORPORATION,

    Plaintiffs - Appellees

v.

KENNETH LEE SALAZAR; ET AL,

    Defendants

SIERRA CLUB; FLORIDA WILDLIFE FEDERATION; CENTER FOR BIOLOGICAL DIVERSITY,

    Intervenor Defendants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before REAVLEY, HAYNES, and GRAVES, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest

ISSUED AS MANDATE: JUN 1 3 2012

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana

JUN 1 3 2012